**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WENDELL JOE BARKER,** | : | |
| **Petitioner,** | : | |
| vs. | : | **CIVIL ACTION 07-0741-CG-B** |
| **STEVE ARTHUR,** | : | |
| **Respondent.** | : | |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby

**DISMISSED** without prejudice pursuant to 28 U.S.C. § 2241.

**DONE and ORDERED** this 19th day of March, 2009.

_____
/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**